548

Kenney, John S. Flannery, G. Bowdoin Craighill, and Caesar L. Aiello for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg, and Messrs. Whitney North Seymour, H. Brian Holland, and Erwin N. Griswold for the United States.

No. 812. First Union Trust & Savings Bank, Trustee, v. Consumers Co. et al. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. Rush C. Butler and Frank E. Harkness for petitioner. Messrs. Edwin W. Sims, Franklin J. Stransky, and Cassius Prout for respondents.

No. 815. Aetna Casualty & Surety Co. v. Independent Bridge Co. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Messrs. Edwin W. Smith and John C. Bane, Jr., for petitioner. Mr. Edward G. Bothwell for respondent.

No. 816. Speers Sand & Clay Works, Inc. v. American Trust Co. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Mary W. F. Speers for petitioner. Mr. Edward P. Keech, Jr., for respondent.

No. 823. Wourdack v. Becker, Collector of Internal Revenue. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Lon O. Hocker for petitioner. So-

licitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson, and Wm. H. Riley, Jr., for respondent.

No. 833. JACKSON IRON & STEEL Co. v. COMMISSIONER OF INTERNAL REVENUE. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. Richard S. Doyle and Charles D. Hamel for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Andrew D. Sharpe, and Wm. H. Riley, Jr., for respondent.

No. 834. WELLS, TRUSTEE IN BANKRUPTCY, v. SIEGEL. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Albert A. Jones for petitioner. Mr. Milton Koblitz for respondent.

No. 840. SOVEREIGN CAMP, WOODMEN OF THE WORLD v. NEFF. April 25, 1932. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. Messrs. John T. Harding and David A. Murphy for petitioner. Mr. John G. Parkinson for respondent.

No. 873. MISSOURI-KANSAS-TEXAS R. Co. v. TSCHREPPEL. April 25, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. Messrs. Joseph M. Bryson, C. S. Burg, W. W. Brown, and Douglas Hudson